UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WALTER LOCKWOOD (#376922)

VERSUS                                                                   CIVIL ACTION

STEVE RADER, ET AL                                              NO. 07-581-A

## RULING

The court, after carefully considering the complaint, the record, and the law applicable to this action, and the Report and Recommendation of Magistrate Judge Docia L. Dalby dated August 16, 2007 (doc. 4), to which no objection has been filed, hereby approves the report and recommendation and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint shall be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Baton Rouge, Louisiana, September 6, 2007.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA